UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **EVANGELINE A GREEN** | **CASE NO. 1:22-CV-05270** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MALCOLM STUBBS** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 28] having been considered, together with the Objection [Doc. No. 29] filed by Plaintiff Evangeline A. Green and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. No. 10] is **GRANTED**, and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Sanctions [Doc. No. 24] is **DENIED** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 17th day of May, 2023.

_____
Terry A. Doughty
United States District Judge